**Electronically Filed
Supreme Court
SCWC-19-0000341
28-JUN-2021
01:22 PM
Dkt. 3 ODAC**

SCWC-19-0000341

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

RICKY R. KUSUMOTO, also known as Ricky R.S. Kusumoto,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000341; CASE NO. 1DCW-18-0004147)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Plaintiff-Appellee State of Hawaiʻi's

application for writ of certiorari, filed on May 20, 2021, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, June 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

